UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DAN L. COX ) | |
| ) | |
| v. ) | NO. 2:07-CV-79 |
| ) | |
| JAMES LAWS and SENTENCE MGMT. ) | |

## ORDER of JUDGMENT

In accordance with the memorandum and order this day entered, this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED without prejudice**. *Preiser v. Rodriguez*, 411 U.S. 475, 487 (1973). Should plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis* because, for reasons discussed in the memorandum, any appeal from this decision would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Patricia L. McNutt*
  CLERK OF COURT